CLOSED, PATENT, STAY

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11673-RWZ

| | |
|---|---|
| Pharmastem Therapeutics, Incorporated v. Viacell, Incorporated et al | Date Filed: 07/28/2004 |
| Assigned to: Judge Rya W. Zobel | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Pharmastem Therapeutics, Incorporated**    represented by    **Amanda M. Fox**
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
650-838-4447
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin T. Duranske**
101 Jefferson Drive
Menlo Park, CA 94025-1114
650-838-4447
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kelly**
Gadsby & Hannah LLP
225 Franklin street
Boston, MA 02110
617-345-7026
Fax: 617-204-8026
Email: dkelly@ghlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Kobialka**
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
650-838-4447
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Andre**
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

650-838-4370
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Radhika Tandon**
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
650-838-4447
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ulysses S.T. Hui**
Prkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
650-838-4447
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward William Little, Jr.**
Gadsby & Hannah LLP
225 Franklin street
Boston, MA 02110
617-345-7018
Fax: 617-204-8018
Email: elittle@ghlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Viacell, Incorporated**           represented by   **Elaine Herrmann Blais**
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1205
Fax: 617-523-1231
Email: eblais@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Ware**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1000
Fax: 617-523-1231

Email: pware@goodwinproctor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Englander**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1268
Fax: 617-570-1231
Email: jenglander@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Obstetrical and Gynecological Associates, P.A.**   represented by   **Elaine Herrmann Blais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Englander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fempartners, Incorporated**
*a Delaware Corporation*   represented by   **Elaine Herrmann Blais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Englander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caritas St. Elizabeth's Medical Center of Boston, Inc.**   represented by   **Elaine Herrmann Blais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wilson D. Rogers, III**
The Rogers Law Firm
100 Cambridge Street
20th Floor
Suite 2000
Boston, MA 02114
617-723-1100
Fax: 617-723-1180
Email:

wrogersiii@therogerslawfirm.com
*TERMINATED: 10/25/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wilson D. Rogers, Jr.**
The Rogers Law Firm
100 Cambridge Street
20th Floor
Suite 2000
Boston, MA 02114
617-723-1100
Fax: 617-723-1180
Email: mcrowley@therogerslawfirm.com
*TERMINATED: 10/25/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57608, filed by Pharmastem Therapeutics, Incorporated.(Flaherty, Elaine) (Entered: 08/02/2004) |
| 07/28/2004 | | Summons Issued as to Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated. (Flaherty, Elaine) (Entered: 08/02/2004) |
| 07/28/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 08/02/2004) |
| 08/10/2004 | 2 | AMENDED COMPLAINT against Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated , filed by Pharmastem Therapeutics, Incorporated.(Johnson, Jay) (Entered: 08/12/2004) |
| 08/19/2004 | 3 | SUMMONS Returned Executed Viacell, Incorporated served on 8/10/2004, answer due 8/30/2004. (Little, Edward) (Entered: 08/19/2004) |
| 08/19/2004 | 4 | SUMMONS Returned Executed Obstetrical and Gynecological Associates, P.A. served on 8/13/2004, answer due 9/2/2004. (Little, Edward) (Entered: 08/19/2004) |
| 08/19/2004 | 5 | SUMMONS Returned Executed Fempartners, Incorporated served on 8/16/2004, answer due 9/6/2004. (Little, Edward) (Entered: 08/19/2004) |
| 08/19/2004 | 6 | SUMMONS Returned Executed Caritas St. Elizabeth's Medical Center of Boston, Inc. served on 8/12/2004, answer due 9/1/2004. (Little, Edward) (Entered: 08/19/2004) |
| | | |

| Date | # | Description |
|---|---|---|
| 08/19/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by Pharmastem Therapeutics, Incorporated. (Little, Edward) (Entered: 08/19/2004) |
| 08/19/2004 | 8 | NOTICE of Appearance by Edward William Little Jr. on behalf of Pharmastem Therapeutics, Incorporated (Little, Edward) (Entered: 08/19/2004) |
| 08/30/2004 | 9 | NOTICE of Appearance by Wilson D. Rogers III, Wilson D. Rogers Jr. on behalf of Caritas St. Elizabeth's Medical Center of Boston, Inc. (Johnson, Jay) (Entered: 08/31/2004) |
| 08/30/2004 | 10 | (Assented to) MOTION for Extension of Time to 10/1/04 to File Answer re 2 Amended Complaint by Caritas St. Elizabeth's Medical Center of Boston, Inc..(Johnson, Jay) (Entered: 08/31/2004) |
| 09/15/2004 |  | Judge Rya W. Zobel : electronic ORDER entered granting 10 Motion for Extension of Time to Answer Caritas St. Elizabeth's Medical Center of Boston, Inc. Answer due 10/1/04 (Urso, Lisa) (Entered: 09/15/2004) |
| 09/30/2004 | 11 | Assented to MOTION for Extension of Time to 11/29/04 to File Response/Reply *To Plaintiff's Amended Complaint* by Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated.(Englander, John) (Entered: 09/30/2004) |
| 10/13/2004 | 12 | NOTICE of Change of Address by Wilson D. Rogers III, Wilson D. Rogers Jr. (Johnson, Jay) (Entered: 10/15/2004) |
| 10/25/2004 |  | Judge Rya W. Zobel : electronic ORDER entered granting 11 Motion for Extension of Time to File Response/Reply re 11 Assented to MOTION for Extension of Time to 11/29/04 to File Response/Reply *To Plaintiff's Amended Complaint* Responses due by 11/29/2004 (Urso, Lisa) (Entered: 10/25/2004) |
| 10/25/2004 | 13 | NOTICE of Appearance by Elaine Herrmann Blais on behalf of Caritas St. Elizabeth's Medical Center of Boston, Inc., Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated (Johnson, Jay) (Entered: 10/26/2004) |
| 10/25/2004 | 14 | NOTICE of Withdrawal of Appearance Attorney Wilson D. Rogers and Wilson D. Rogers terminated. (Johnson, Jay) (Entered: 10/26/2004) |
| 10/27/2004 | 15 | Emergency MOTION for Temporary Restraining Order *Enjoining ViaCell from Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Emergency Motion for TRO)(Little, Edward) (Entered: 10/27/2004) |
| 10/27/2004 | 16 | DECLARATION re 15 Emergency MOTION for Temporary Restraining Order *Enjoining ViaCell from Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof of Edward Little* by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3 (part 1 of 2)# 4 Exhibit 3 (part 2 of 2)# 5 Exhibit 4)(Little, |

| | | |
|---|---|---|
| | | Edward) (Entered: 10/27/2004) |
| 10/27/2004 | 17 | MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Text of Proposed Order Grantin Motion for an Injunction that ViaCell is Enjoined from Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware)(Little, Edward) (Entered: 10/27/2004) |
| 10/27/2004 | 18 | DECLARATION re 17 MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof of Edward Little* by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Exhibit 1 through 3 (summary of previous filing of exhibits))(Little, Edward) (Entered: 10/27/2004) |
| 10/28/2004 | | NOTICE of Hearing on Motion 15 Emergency MOTION for Temporary Restraining Order *Enjoining ViaCell from Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof*, 17 MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof*: Motion Hearing set for 11/1/2004 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/28/2004) |
| 10/28/2004 | | ***Attorney Paul F. Ware for Viacell, Incorporated added. (Urso, Lisa) (Entered: 10/28/2004) |
| 10/28/2004 | 19 | Letter/request (non-motion) from Paul F. Ware Regarding plaintiffs emergency motion for TRO. (Johnson, Jay) (Entered: 10/29/2004) |
| 10/29/2004 | 20 | NOTICE by Caritas St. Elizabeth's Medical Center of Boston, Inc., Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated *Of Pending Motion For Consolidation And Coordination Of Pretrial Proceedings In A Single Forum* (Attachments: # 1 Exhibit Motion To Transfer For Consolidation And Coordination Of Pretrial Proceedings In A Single Forum filed before the Judicial Panel On Multidistrict Litigation)(Englander, John) (Entered: 10/29/2004) |
| 10/29/2004 | 24 | Certificate of Good Standing by Lisa Kobialka re 21 MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 11/03/2004) |
| 10/29/2004 | 25 | Certificate of Good Standing by Amanda M. Fox re 21 MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 11/03/2004) |

| | | |
|---|---|---|
| 10/29/2004 | 26 | Certificate of Good Standing by Ulysses S.T.Hui re 21 MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 11/03/2004) |
| 10/29/2004 | 27 | Certificate of Good Standing by Radhika Tandon re 21 MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 11/03/2004) |
| 10/29/2004 | 28 | Certificate of Good Standing by Benjamin T. Duranske re 21 MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 11/03/2004) |
| 11/01/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 11/1/2004 re 15 Emergency MOTION for Temporary Restraining Order *Enjoining ViaCell from Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* filed by Pharmastem Therapeutics, Incorporated, 17 MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* filed by Pharmastem Therapeutics, Incorporated. The matter is under advisement; defendants response by 11/15/04; reply 11/22/04; parties to send letters re; The Judge's decision; (Court Reporter Romanow.) (Urso, Lisa) (Entered: 11/01/2004) |
| 11/01/2004 | 21 | MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated.(Johnson, Jay) (Entered: 11/02/2004) |
| 11/01/2004 | 22 | Certificate of Good Standing of Paul J. Andre re 21 MOTION for Leave to Appear Pro Hac Vice by Paul J. Andre, Lisa Kobialka, Amanda M. Fox, Ulysses S.T.Hui, Benjamin T. Duranske and Radhika Tandon Filing fee $ 300, receipt number 59738. by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 11/02/2004) |
| 11/02/2004 | 23 | TRANSCRIPT of Hearing held on November 1, 2004 before Judge Zobel. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/02/2004) |
| 11/16/2004 | | Notice of correction to docket made by Court staff. Correction: #29 Opposition to Plaintiffs Motion for Preliminary Injunction #15 deleted because: Opposition was linked to the wrong motion, filer will re-file the |

| | | |
|---|---|---|
| | | pleading. (Johnson, Jay) (Entered: 11/16/2004) |
| 11/16/2004 | 29 | Opposition re 17 MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* filed by Viacell, Incorporated. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Ware, Paul) (Entered: 11/16/2004) |
| 11/22/2004 | 30 | REPLY to Response to Motion re 17 MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* filed by Pharmastem Therapeutics, Incorporated. (Little, Edward) (Entered: 11/22/2004) |
| 11/22/2004 | 31 | Declaration in Support re 30 Reply to Response to Motion, *by Edward W. Little, Jr.*. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Little, Edward) Modified on 11/29/2004 (Johnson, Jay). (Entered: 11/22/2004) |
| 12/01/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting 21 Motion for Leave to Appear Pro Hac Vice Added Paul J. Andre for Pharmastem Therapeutics, Incorporated, Lisa Kobialka for Pharmastem Therapeutics, Incorporated, Amanda M. Fox for Pharmastem Therapeutics, Incorporated, Ulysses S.T. Hui for Pharmastem Therapeutics, Incorporated, Radhika Tandon for Pharmastem Therapeutics, Incorporated, Benjamin T. Duranske for Pharmastem Therapeutics, Incorporated (Johnson, Jay) (Entered: 12/01/2004) |
| 12/06/2004 | 32 | MOTION for Leave to File *Surreply In Opposition To Plaintiff's Motion For An Injunction* by Viacell, Incorporated. (Attachments: # 1 Attachment -- Viacell's Surreply In Opposition To Plaintiff's Motion For An Injunction)(Ware, Paul) (Entered: 12/06/2004) |
| 12/13/2004 | 33 | MOTION to Stay *Proceedings* by Caritas St. Elizabeth's Medical Center of Boston, Inc., Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated.(Blais, Elaine) (Entered: 12/13/2004) |
| 12/13/2004 | 34 | MEMORANDUM in Support re 33 MOTION to Stay *Proceedings* filed by Caritas St. Elizabeth's Medical Center of Boston, Inc., Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated. (Blais, Elaine) (Entered: 12/13/2004) |
| 12/13/2004 | 35 | DECLARATION *Of Terese Dillingham* by Caritas St. Elizabeth's Medical Center of Boston, Inc., Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Blais, Elaine) (Entered: 12/13/2004) |
| 12/13/2004 | 36 | Proposed Document(s) submitted by Caritas St. Elizabeth's Medical Center of Boston, Inc., Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A., Viacell, Incorporated. Document received: Proposed Order re: Defendants' Motion To Stay Proceedings. |

| | | |
|---|---|---|
| | | (Blais, Elaine) (Entered: 12/13/2004) |
| 12/16/2004 | 37 | ANSWER to Amended Complaint by Viacell, Incorporated.(Blais, Elaine) (Entered: 12/16/2004) |
| 12/16/2004 | 38 | ANSWER to Amended Complaint by Caritas St. Elizabeth's Medical Center of Boston, Inc..(Blais, Elaine) (Entered: 12/16/2004) |
| 12/16/2004 | 39 | ANSWER to Amended Complaint by Fempartners, Incorporated, Obstetrical and Gynecological Associates, P.A..(Blais, Elaine) (Entered: 12/16/2004) |
| 12/27/2004 | 40 | Opposition re 33 MOTION to Stay *Proceedings* filed by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Exhibit A)(Little, Edward) (Entered: 12/27/2004) |
| 01/07/2005 | 41 | MOTION for Preliminary Injunction *Against Viacell, Inc. Pursuant to 35 USC Section 283 (Hearing Requested)* by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Text of Proposed Order)(Little, Edward) (Entered: 01/07/2005) |
| 01/07/2005 | 42 | MEMORANDUM in Support re 41 MOTION for Preliminary Injunction *Against Viacell, Inc. Pursuant to 35 USC Section 283 (Hearing Requested)* filed by Pharmastem Therapeutics, Incorporated. (Attachments: # 1 Appendix A, B & C)(Little, Edward) (Entered: 01/07/2005) |
| 01/10/2005 | 43 | DECLARATION of Edward W.Little w/attached (unscanned) exhibits re 41 MOTION for Preliminary Injunction *Against Viacell, Inc. Pursuant to 35 USC Section 283 (Hearing Requested)* by Pharmastem Therapeutics, Incorporated. (Johnson, Jay) (Entered: 01/11/2005) |
| 01/13/2005 | 46 | SUR-REPLY to Motion re 17 MOTION for Permanent Injunction *That ViaCell is Enjoined From Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware and Memorandum in Support Thereof* filed by Viacell, Incorporated. (Urso, Lisa) (Entered: 01/18/2005) |
| 01/14/2005 | 44 | MOTION for Extension of Time to In Which To Respond To Pharmastem's Motion For A Preliminary Injunction by Viacell, Incorporated. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5(a)# 6 Exhibit 5(b))(Blais, Elaine) (Entered: 01/14/2005) |
| 01/14/2005 | 45 | Proposed Document(s) submitted by Viacell, Incorporated. Document received: Proposed Order. (Blais, Elaine) (Entered: 01/14/2005) |
| 01/14/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 32 Motion for Leave to File, granting 33 Motion to Stay, finding as moot 15 Motion for TRO, denying 17 Motion for Permanent Injunction (Urso, Lisa) (Entered: 01/18/2005) |
| 03/15/2005 | 47 | NOTICE of Certified Copy of Transfer Order from from Judicial Panel on Multidistrict Litigation. (Johnson, Jay) (Entered: 05/04/2005) |
| | | |

| | | |
|---|---|---|
| 05/04/2005 | [48](#) | Case transferred to to District of Deleware pursuant to Conditional Transfer Order entered by the MDL Panel on 3/15/05 Original file and certified copy of transfer order and docket sheet sent to the Clerk in that district. (Johnson, Jay) (Entered: 05/04/2005) |
| 05/04/2005 | | Case file sent to USDC Deleware. (Johnson, Jay) (Entered: 05/04/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/06/2005 14:53:46 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-11673-RWZ |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |