AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE      District of      MASSACHUSETTS



PHARMASTEM THERAPEUTICS, INC.
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

VIACELL, INC., OBSTETRICAL AND GYNECOLOGICAL
ASSOCIATES, P.A., FEMPARTNERS, INC., and
CARITAS ST. ELIZABETH'S MEDICAL CENTER
OF BOSTON, INC,
    Defendants

CASE NUMBER:    04-CV-11673 RWZ

TO: (Name and address of Defendant)

    ViaCell, Inc.
    c/o Marc D. Beer, Registered Agent
    131 Clarendon Street
    Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel J. Kelly, Esquire
    Gadsby Hannah LLP
    225 Franklin Street
    Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS      8/10/2004

CLERK      DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE August 10, 2004 |
|---|---|
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Mr. Chris Adams, Senior Vice President and** Duly Authorized Agent for the within-named **Defendant, ViaCell, Inc.**

Said service was made at:

**245 First Street, Cambridge**, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 68.00 | 2 Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **August 10, 2004**
              Date

Signature of Server: *Burton M Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 8/10/04 | 3:20p.m. | No service at 131 Clarendon St., Boston, Ma. - Said address is an office bldg. where ViaCell, Inc. is listed on the Directory but their office is vacant............... | $ 34.00 |
| | | After contacting your Office Process Server was instructed to make service at 245 First St., Cambridge, Ma... | $ |
| 8/10/04 | | Service was made at 245 First St., Cambridge, Ma........................... | $ 34.00 |
| | | TOTAL | $ 68.00 |

Also served:

- Civil Action Cover Sheet
- Category Sheet
- Amended Complaint for Patent Infringement and Demand for Jury Trial

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |