AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

PHARMASTEM THERAPEUTICS, INC.

    Plaintiff,

    V.

VIACELL, INC., OBSTETRICAL AND GYNECOLOGICAL
ASSOCIATES, P.A., FEMPARTNERS, INC., and
CARITAS ST. ELIZABETH'S MEDICAL CENTER
OF BOSTON, INC.,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-CV-11673 RWZ

TO: (Name and address of Defendant)

    Fempartners, Inc.
    c/o William C. Altman, Registered Agent
    1300 Post Oak Blvd., #600
    Houston, TX 77056

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel J. Kelly, Esquire
    Gadsby Hannah LLP
    225 Franklin Street
    Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature]

(By) DEPUTY CLERK

DATE: 8/10/2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

                             _____
                             Address of Server

**AFFIDAVIT ATTACHED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04-CV-11673 RWZ

Plaintiff:
**PHARMASTEM THERAPEUTICS, INC.**

vs.

Defendant:
**VIACELL, INC., OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC.**

For:
Edward W. Little, Jr.
GADSBY HANNAH, LLP
225 Franklin Street
Boston, MA  02110

Received by AMERICAN CIVIL PROCESS SERVICES, INC. on the 13th day of August, 2004 at 10:30 am to be served on **FEMPARTNERS, INC. c/o William C. Altman, Registered Agent @ 1300 Post Oak Blvd., #600, Houston, TX 77056**.

I, Joe Barak, being duly sworn, depose and say that on the **16th day of August, 2004** at **11:30 am, I:**

DELIVERED to the within named **CORPORATION** a true copy of the **SUMMONS IN A CIVIL CASE/AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL and CIVIL COVER SHEET** with the date of service endorsed thereon by me by personal delivery to JACK T. THOMPSON as President, of the within named corporation, FEMPARTNERS, INC. in compliance with state statutes at 1300 Post Oak Blvd., #600, Houston, Harris County, Texas 77056 .

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

_Joe Barak_
**Joe Barak**
Process Server

On this day personally appeared affiant, known to me personally to be the person whose name is subscribed to the foregoing return and, being by me duly sworn, declare under oath that the statements therein are true and correct. Subscribed and Sworn to before me on the 16th day of August, 2004.

_Wanda V. Atchley_
NOTARY PUBLIC



WANDA V. ATCHLEY
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2007

AMERICAN CIVIL PROCESS SERVICES, INC.
P.O. Box 96577
Houston, TX  77213-6577
(713) 453-6288

Our Job Serial Number: 2004002579

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f