UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHARMASTEM THERAPEUTICS, INC., )
         Plaintiff )
)
VS. )
)
VIACELL, INC., OBSTETRICAL AND ) CIVIL ACTION NO.
GYNECOLOGICAL ASSOCIATES, P.A., ) 04-CV-11673RWZ
FEMPARTNERS, INC. AND CARITAS )
ST. ELIZABETH'S MEDICAL CENTER )
OF BOSTON, INC., )
         Defendants )

## NOTICE OF APPEARANCE

Please enter our appearances on behalf of the Defendant, Caritas St. Elizabeth's Medical Center of Boston, Inc. in the above-captioned matter.

Respectfully submitted,

CARITAS ST. ELIZABETH'S
MEDICAL CENTER OF BOSTON,
INC.

By Its Attorneys,

_____
Wilson D. Rogers, Jr., Esquire
BBO #425120
Wilson D. Rogers, III, Esquire
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108
(617) 723-1100