UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) <br> Plaintiff ) <br> ) <br> VS. ) <br> ) <br> VIACELL, INC., OBSTETRICAL AND ) <br> GYNECOLOGICAL ASSOCIATES, P.A., ) <br> FEMPARTNERS, INC. AND CARITAS ) <br> ST. ELIZABETH'S MEDICAL CENTER ) <br> OF BOSTON, INC., ) <br> Defendants ) <br> ) | CIVIL ACTION NO. <br> 04-CV-11673RWZ |

## ASSENTED TO MOTION TO EXTEND TIME

Now comes the Defendant, Caritas St. Elizabeth's Medical Center of Boston, Inc., in the above-captioned matter and respectfully requests this Honorable Court extend the time in which the Defendant has to file responsive pleadings to the Plaintiff's Amended Complaint, up to and including October 1, 2004.

Respectfully submitted,

CARITAS ST. ELIZABETH'S MEDICAL
CENTER OF BOSTON, INC.

By Its Attorneys,

Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108
617-723-1100

ASSENTED TO:

PHARMASTEM THERAPEUTICS, INC.

By Its Attorneys,

/s/ Edward W. Little, Jr.
Daniel J. Kelley, Esquire
BBO #553926
Edward W. Little, Jr., Esq.
BBO #628985
Gadsby & Hannah, LLP
225 Franklin Street
Boston, MA  02110

CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for said Defendant, Caritas St. Elizabeth's Medical Center of Boston, Inc., hereby certify that I have this day served copies of the foregoing documents on the Plaintiffs by mailing a letter, postage prepaid, directed to:

>Edward W. Little, Jr., Esquire
>Gatsby & Hannah, LLP
>225 Franklin Street
>Boston, MA 02110

Signed under the pains and penalties of perjury this ____ day of August, 2004.

Wilson D. Rogers, III