UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHARMASTEM THERAPEUTICS, INC., )
          Plaintiff )
)
VS. )
)
VIACELL, INC., OBSTETRICAL AND ) CIVIL ACTION NO.
GYNECOLOGICAL ASSOCIATES, P.A., ) 04-CV-11673RWZ
FEMPARTNERS, INC. AND CARITAS )
ST. ELIZABETH'S MEDICAL CENTER )
OF BOSTON, INC., )
          Defendants )
)

### NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that effective October 18, 2004, the new address and facsimile number of The Rogers Law Firm shall be:

**The Rogers Law Firm
100 Cambridge Street, 20th Floor
Suite 2000
Boston, MA 02114**

**Tel.:** 617-723-1100
**Fax:** 617-723-1180

          Respectfully submitted,

          CARITAS ST. ELIZABETH'S
          MEDICAL CENTER OF BOSTON,
          INC.

          By Its Attorneys,

          _____
          Wilson D. Rogers, Jr.
          BBO #425120
          Wilson D. Rogers, III
          BBO #559943
          The Rogers Law Firm, P.C.
          One Union Street
          Boston, MA 02109
          617-723-1100

CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for said Defendant, Caritas St. Elizabeth's Medical Center of Boston, Inc., hereby certify that I have this day served copies of the foregoing documents on the Plaintiffs by mailing a letter, postage prepaid, directed to:

Edward W. Little, Jr., Esq.
Gatsby & Hannah, LLP
225 Franklin Street
Boston, MA 02110

Elaine Hermann Blais, Esquire
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Signed under the pains and penalties of perjury this 13th day of October, 2004.

_____
Wilson D. Rogers, III