UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25 P 4: 30

DISTRICT COURT
DISTRICT OF MASS.

PHARMASTEM THERAPEUTICS, INC.,

    Plaintiff,

v.

VIACELL, INC., OBSTETRICAL AND
GYNECOLOGICAL ASSOCIATES, P.A.,
FEMPARTNERS, INC. AND CARITAS
ST. ELIZABETH'S MEDICAL CENTER OF
BOSTON, INC.,

    Defendants.

CIVIL ACTION NO.
04-CV-11673RWZ

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for all defendants: ViaCell, Inc., Obstetrical and Gynecological Associates, P.A., FemPartners, Inc. and Caritas St. Elizabeth's Medical Center of Boston, Inc.

    Respectfully submitted,

    VIACELL, INC., OBSTETRICAL AND
    GYNECOLOGICAL ASSOCIATES, P.A.,
    FEMPARTNERS, INC. AND CARITAS
    ST. ELIZABETH'S MEDICAL CENTER OF
    BOSTON, INC.,

    By their attorney,

    */s/ Elaine H. Blais*
    Paul F. Ware Jr., P.C. (BBO # 516240)
    John C. Englander (BBO # 542532)
    Elaine Herrmann Blais (BBO # 656142)
    Teri Dillingham (BBO # 644520)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1000

Dated: October 25, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on October 25, 2004.

*/s/ Elaine H. Blais*

LIBA/1424545.1