UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25 P 4:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

PHARMASTEM THERAPEUTICS, INC., )
        Plaintiff )
)
VS. )
)
VIACELL, INC., OBSTETRICAL AND )  CIVIL ACTION NO.
GYNECOLOGICAL ASSOCIATES, P.A., ) 04-CV-11673RWZ
FEMPARTNERS, INC. AND CARITAS )
ST. ELIZABETH'S MEDICAL CENTER )
OF BOSTON, INC., )
        Defendants )

## NOTICE OF WITHDRAWAL

Kindly withdraw our appearance on behalf of the Defendant, Caritas St. Elizabeth's Medical Center of Boston, Inc.

Respectfully submitted,

CARITAS ST. ELIZABETH'S MEDICAL
CENTER OF BOSTON, INC.

By Its Attorneys,

_____
Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108
617-723-1100

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on October 25, 2004.

_____