UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., a Delaware corporation and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., a Massachusetts Nonprofit Corporation,<br><br>    Defendants. | Civil Action No. 04-CV-11673 RWZ |

Please note that Exhibits 1 through 3 of the *Declaration of Edward Little in Support of Plaintiff's Motion for an Injunction That ViaCell is Enjoined from Taking Further Action in Civil Action No. 04-1334-GMS in the District Court for the District of Delaware* are not being filed electronically, as they have already been electronically filed with the Court as Exhibits 1 through 3 to the *Declaration of Edward Little* in support of the Emergency Motion for a Temporary Restraining Order. Pursuant to the U.S. Dist Court Dist. Of Mass. Electronic Case Filing Admin. Proc. As of September 18, 2003, at 9, exhibits already filed electronically are not to be filed again.

Respectfully submitted,

PHARMASTEM THERAPEUTICS, INC.
By its attorneys,


/s/ Edward W. Little, Jr.
Daniel J. Kelly, BBO# 553926
dkelly@ghlaw.com
Edward W. Little, Jr., BBO# 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
DATED:  October 27, 2004                    (617) 345-7000


OF COUNSEL:
PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 27th day of October, 2004, caused to be served on all parties (or their counsel of record, if any at this time) the above document by first class mail, postage prepaid.

/s/ Edward W. Little, Jr.
Edward  W. Little, Jr.