UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 OCT 29  P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., and FEMPARTNERS, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No.: 04-CV-11673-RWZ |

**LOCAL RULE 83.5.3(B) CERTIFICATE OF ULYSSES S.T. HUI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Ulysses S.T. Hui, hereby depose and state as follows:

1. I am a an associate attorney in the Menlo Park, California, office of Perkins Coie, LLP, located at 101 Jefferson Drive, Menlo Park, California 94025-1114. My office telephone number is (650) 838-4407.

2. I am a member in good standing of the bar of the State of California (state and federal) and United States District Courts for the Northern, Southern, Eastern and Central Districts of California.

3. I am not now, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law.

4. I am not under suspension or disbarment by any Court.

5. I have practiced in the area of litigation for over 1 year.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. For the purposes of this matter, I will be associated with members of Gadsby Hannah, LLP, who are admitted to practice in this Court.

8. I have not applied to this Court for admission *pro hac vice* within the past year.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF OCTOBER 2004.

*Ulysses S.T. Hui*
Ulysses S.T. Hui
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
(650) 838-4447

B0374683v1