UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIACELL, INC., OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., FEMPARTNERS, INC., and CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC., <br><br> Defendants. | CIVIL ACTION NO. 04-11673 (RWZ) <br><br> PROPOSED ORDER |

Defendants, Defendants ViaCell, Inc. ("ViaCell"), Obstetrical Gynecological Associates, P.A. ("OGA"), FemPartners, Inc. ("FemPartners"), and Caritas St. Elizabeth's Medical Center of Boston, Inc. ("St. Elizabeth's") having filed a Motion to Stay Proceedings;

AND THE COURT having considered the motion;

AND GOOD CAUSE having been shown;

IT IS HEREBY ORDERED on this ____ day of _____, 2004, that Defendants' Motion to Stay Proceedings is GRANTED.

_____
The Honorable Rya W. Zobel, U.S.D.C.

DATED: _____ ____, 2004