IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | : CIVIL ACTION |
| Plaintiff, | : |
| | : No. 04-3561 |
| CORCELL, INC., et al. | : |
| Defendants. | : |

## ORDER

AND NOW, this 16th day of December, 2004, upon consideration of Defendant/Counterclaim Plaintiff Corcell, Inc., and Defendants Molly McBride and Carlo M. Croce's Motion to Stay Proceedings (Doc. No. 41), and the Responses in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

Further proceedings in this case are stayed pending action of the Judicial Panel on Multidistrict Litigation in the case <u>In re PharmaStem Therapeutics, Inc. Patent Litigation</u>, MDL Docket No. 1660.

BY THE COURT:

ENTERED
DEC 17 2004
CLERK OF COURT

Robert F. Kelly,    Sr. J.