UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIACELL, INC., a Delaware corporation, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., and FEMPARTNERS, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No.: 04-CV-11673-RWZ |

## DECLARATION OF EDWARD W. LITTLE, JR.

I, Edward W. Little, Jr., being duly sworn, do hereby depose and declare and follows:

1. I am an attorney with the firm of Gadsby Hannah LLP, counsel for PharmaStem Therapeutics, Inc. ("PharmaStem") in the above-captioned case.

2. I submit this declaration in support of PharmaStem's Motion for a Preliminary Injunction Against ViaCell, Inc.'s Infringement of the Patents-In-Suit.

3. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 6,461,645 B1.

4. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 6,569,427 B1.

5. Attached hereto as Exhibit 3 is a true and correct copy of a transcript of "Life Blood," a BBC documentary originally aired on BBC Two at 9:00 PM, October 11, 2001, *available at* http://www.bbc.co.uk/science/horizon/2001/lifebloodtrans.shtml.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by ViaCell, Inc. and used as a Trial Exhibit in *PharmaStem v. ViaCell, et al.*, Civil Action No. 02-148-GMS (D.Del.), filed February 22, 2002.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the Trial Transcript in *PharmaStem v. ViaCell, et al.*, Civil Action No. 02-148-GMS (D.Del.), filed February 22, 2002.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *available at* http://www.viacellinc.com/index.asp?p=viacellNews&id=1.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Joint Final Jury Instructions submitted to the jury in *PharmaStem v. ViaCell, et al.*, Civil Action No. 02-148-GMS (D.Del.), filed February 22, 2002.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of an enrollment packet from ViaCell, Inc., *available at* https://www.viacord.com/documents/enrollmentforms.pdf.

12. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

13. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

15. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

16. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of David T. Harris, *Cord Blood Transplantation: A Promising Alternative to Bone Marrow Transplantation*, Clinical Research New for Arizona Physicians, *available at* http://www.ahsc.arizona.edu/opa/crnap/dec95cnp.htm (last visited Oct. 1, 2004).

21. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Mary J. Laughlin et al., *Hematopoietic Engraftment And Survival In Adult Recipients Of Umbilical-Cord Blood From Unrelated Donors*, 344 N. Engl. J. Med. 1815 (2001).

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of *Umbilical Cord Stem Cell Transplants Should Not Be Limited By Age -- Cmte.*, The Blue Sheet (Food and Drug Administration), Mar. 5, 2003.

23. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Guillermo F. Sanz et al., *Standardized, Unrelated Donor Cord Blood Transplantation in Adults with Hematologic Malignancies*, 98 Blood 2332 (2001).

24. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Eliane Gluckman, *Current Status of Umbilical Cord Blood Hematopoietic Stem Cell Transplantation*, 28 Experimental Hematology 1197 (2000).

25. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Tohru Iseki et al., Abstract, *Unrelated Cord Blood Transplantation in Adult Patients with Hematological Malignancy: A Single Institution Experience*, 98 Blood 665a (suppl. 1)(2001).

26. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Jun Ooi et al., *Unrelated Cord Blood Transplantation for Adults Patients with Advanced Myelodysplastic Syndrome*, 101 Blood 4711 (2003).

27. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of Jun Ooi et al., *Unrelated Cord Blood Transplantation for Adults Patients with De Novo Acute Myeloid Leukemia*, 103 Blood 489 (2004).

28. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of Gwynn D. Long et al., *Unrelated Cord Blood Transplantation in Adults Patients*, 9 Biology of Blood and Marrow Transplantation 772 (2003).

29. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of Liang-Piu Koh & Nelson J. Chao, *Umbilical Cord Blood Transplantation in Adults Using Myeloablative and Nonmyeloablative Preparative Regimens*, 10 Biology of Blood and Marrow Transplantation 1 (2004).

30. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of Federico Moscardó et al., *Unrelated-Donor Cord Blood Transplantation for Adult Hematological Malignancies*, 45 Leukemia & Lymphoma 11 (2004).

31. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of Juliet N. Barker et al., *Rapid and Complete Donor Chimerism in Adult Recipients of Unrelated Donor Umbilical Cord Blood Transplantation After Reduced-Intensity Conditioning*, 102 Blood 1915 (2003).

32. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of a document produced by ViaCell, Inc. and used as a Trial Exhibit in *PharmaStem v. ViaCell, et al.*, Civil Action No. 02-148-GMS (D.Del.), filed February 22, 2002.

33. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of excerpts from ViaCell, Inc.'s Internet website, *generally available at* http://www.viacord.com.

34. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of excerpts from PharmaStem Therapeutics, Inc.'s website, *available at* http://www.pharmastem.com/licensing-program.htm.

SIGNED BY ME UNDER PAINS AND PENALTIES OF PERJURY THIS TENTH DAY OF JANUARY, 2005.

_____
Edward W. Little, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2005, I have caused a true and accurate copy of the foregoing to be served upon counsel of record as follows:

By hand delivery to:

Elaine Hermann Blais
John C. Englande
Paul F. Ware
Goodwin Proctor LLP
Exchange Place
Boston, MA  02109

_____
Edward E. Little, Jr.

5

B0396846v1