**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PHARMASTEM THERAPEUTICS, INC., a
    Delaware corporation,

10                                                    No. C 04-03072 JSW

            Plaintiff,

11

        v.

12                                                    **ORDER GRANTING IN PART
    CORD BLOOD REGISTRY INC., dba CBR, a             AND DENYING IN PART CBR**
13  California corporation, and SUTTER HEALTH,       **SYSTEM, INC.'S MOTION TO
    INC., a California corporation,                   STAY PROCEEDINGS PENDING**
                                                      **RESOLUTION OF THE**
14                                                    **MULTIDISTRICT LITIGATION**
            Defendants.                               **MOTION TO TRANSFER FOR**
15   _____/            **CONSOLIDATION AND**
                                                      **COORDINATION OF PRETRIAL**
16  CBR SYSTEMS, INC., dba CBR, a California          **PROCEEDINGS IN A SINGLE**
    corporation,                                      **FORUM**
17

            Counterclaimant,

18

        v.

19

    PHARMASTEM THERAPEUTICS, INC., a
20  Delaware corporation, STEMBANC, INC., a
    Ohio corporation, NICHOLAS DIDIER; and
21  ARCHIBALD A. GRABINSKI,

22          Counterdefendants

23  _____/

24

            This matter comes before the Court upon consideration of CBR Systems, Inc.'s ("CBR")

25

26  motion to stay these proceedings pending a ruling from the Judicial Panel on Multidistrict Litigation

27  ("MDL") on a motion to transfer filed by, *inter alia*, CBR and Sutter Health, Inc.  Having considered

    the parties' pleadings, the relevant legal authority, having had the benefit of oral argument, and

28
    concluding that a limited stay of these proceedings, pending a ruling from the MDL on the motion to

**United States District Court**
For the Northern District of California

1  transfer, would further judicial economy and efficiency, the Court hereby GRANTS IN PART AND

2  DENIES IN PART CBR's motion to stay.

3          Specifically, the Court HEREBY STAYS: (1) all currently pending motions in this matter,

4  except Nicholas Didier's and Archibald Grabinski's motions to dismiss for lack of personal

5  jurisdiction; (2) further motions hearings and deadlines relating to recently filed motions; (3) deadlines

6  relating to claim construction proceedings; (4) deadlines relating to other pre-trial and trial

7  proceedings; and (5) discovery against Stembanc, Inc. and Mr. Grabinski, until after it has received a

8  ruling from the MDL on the motion to transfer.  In light of the pending motion to dismiss for lack of

9  personal jurisdiction against Mr. Didier, the Court also STAYS discovery as to Mr. Didier in his

10  personal capacity.

11          The Court hereby DENIES the motion to stay to the extent it seeks to stay discovery between

12  CBR, Sutter, Pharmastem, and Mr. Didier in his official capacity.  Thus, notwithstanding the fact that

13  the Court has not yet held a case management conference, those parties may proceed with discovery

14  as set forth herein.

15          The Court HEREBY ORDERS that the parties shall be bound by the discovery plan and

16  deadlines outlined in the Joint Case Management Statement, and the discovery cut-off date shall be

17  April 14, 2006, unless that plan and deadlines are modified by this Court or by a court to which the

18  MDL transfers this case.

19          **IT IS SO ORDERED.**

20

21  Dated:  January 7, 2005                                 /s/ Jeffrey S. White
                                                            JEFFREY S. WHITE
22                                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2