IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  PHARMASTEM THERAPEUTICS,     )
INC.                                 )
                                     )        Civil Action No 05-cv-155 GMS
                                     )
                                     )

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jeffrey L. Moyer and the firm of Richards, Layton &

Finger in the above-captioned action as counsel to defendant ViaCell, Inc.

OF COUNSEL:

Paul F. Ware Jr., P.C.
John C. Englander
Christopher T. Holding
Elaine Herrmann Blais
Nicholas K. Motrokostas
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Jeffrey L. Moyer (#3309)
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger
920 North King Street
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com
    Attorneys for defendant ViaCell, Inc.

Dated: June 17, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2005, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and

which has also been served as noted:


**HAND DELIVER**
Philip A Rovner
Potter, Anderson & Corroon
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Dawn N Zubrick
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19899

Richard D Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899


I hereby certify that on June 17, 2005, I have mailed by Federal Express, the document(s) to the
following non-registered participants:

**BY FEDERAL EXPRESS**
James J Rodgers
Evelyn H McConathy
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Duane H Mathiowetz
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834

William F Abrams
Chang H Kim
Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304-1115

Paul J Andre
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive, Suite 150
Redwood Shores, CA 94065


_____
Alyssa M Schwartz (#4351)